[No. 20613.   Department One.   October 25, 1927.]

*In the Matter of the Estate of* HELEN M. KNIGHT, *Deceased.*[1]

Appeal from a judgment of the superior court for Pierce county, in probate, Card, J., entered December 17, 1926, setting aside a homestead.   Affirmed.

*Louis J. Muscek,* for appellant.

*Lund & Lund,* for respondent.

PER CURIAM.—The sole question in this case is one of fact, and relates to the value of a homestead, claimed by a surviving spouse. The trial court set aside property found by him to have been of the value of three thousand dollars at the time the petition for homestead was filed, and our review of the testimony gives us no license to disturb that finding.   The judgment is therefore affirmed.